

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | )  2:98-CR-023-LDG |
| vs. | ) |
| DANIEL PATRICK RANA | ) |
| Defendant. | ) |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#20) on August 17, 1998. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: LUCILLE E SPIES
Amount of Restitution: $41,370.00

Name of Payee: VILLA PIZZA
Amount of Restitution: $100.00

**Total Amount of Restitution ordered:** $41,470.00

Dated this ___8rd___ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE